

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER

Appellate case name:     FMC Technologies, Inc. v. Richard Murphy and Dril-Quip, Inc.

Appellate case number:   01-21-00455-CV

Trial court case number: 2020-63081

Trial court:             127th District Court of Harris County

Appellant, FMC Technologies, Inc., has filed a Motion to Withdraw Kyung (Drew) Kim as Counsel for FMC Technologies, Inc. Because the motion does not comply with Texas Rules of Appellate Procedure 6.5(a) or (b), the motion is **denied** without prejudice to refiling.

It is so ORDERED.

Judge's signature: _____ /s/ Julie Countiss_____
                            Acting individually

Date: February 15, 2022